**E-FILED on**   1/9/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER PETER KAZAS,<br><br>    Petitioner,<br><br>    v.<br><br>J. A. WOODFORD,<br><br>    Respondent. | No. C-04-04280 RMW<br><br>ORDER DEEMING MOTION SUBMITTED ON THE PAPERS<br><br>**[Re Docket No. 7]** |

    Petitioner Christopher Kazas moves for reconsideration under Rule 60(b)(6) of this court's September 27, 2005 order denying him habeas corpus relief. The motion is deemed submitted on the papers. No appearance is necessary; no hearing will be held.

DATED:   1/9/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DEEMING MOTION SUBMITTED ON THE PAPERS—No. C-04-04280 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Rommel Bondoc            sdm819@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     1/9/07                              /s/ JH
                                        **Chambers of Judge Whyte**