**E-FILED on**   11/6/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPER PETER KAZAS,<br><br>      Petitioner,<br><br>    v.<br><br>J.A. WOODFORD,<br>Director, California Department of Corrections<br><br>      Respondent. | No. C-04-04280 RMW<br><br>ORDER SETTING NEW SCHEDULE FOR ORDER TO SHOW CAUSE<br><br>**[Re Docket No. 11]** |

      Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his incarceration for second degree murder conviction. On September 27, 2005, this court dismissed the petition without prejudice, finding that petitioner had not exhausted the state remedies available to him. On that date, the court also entered judgment against petitioner, dismissing his petition without prejudice.

      On August 22, 2007, the court granted relief from that judgment and ordered respondent to show cause why petitioner's petition for a writ of habeas corpus, filed on October 8, 2004 as supplemented on January 31, 2005, should not be granted, setting a due date for the answer of 60 days from the date of the order. When petitioner's counsel did not receive the answer within that time, he sought clarification from the court as to whether the order and petition had been served on the respondent.

Because the respondent had not be served, he asks for the briefing schedule to be amended to accommodate for the delay in service. The court hereby grants that request.

The clerk mailed a copy of the order to show cause and petition to respondent on October 26, 2007. The court amends the briefing schedule as follows:

1. Respondent shall file with the court, within sixty days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer a copy of all portions of the state record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If petitioner wishes to respond to the answer, he shall do so by filing a traverse within thirty days of the filing of the answer.

2. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases within sixty days of the issuance of this order. If respondent files such a motion, petitioner shall file with the court an opposition or a statement of non-opposition within thirty days of the filing of the motion, and respondent shall file with the court a reply within fifteen days of the filing of any opposition.

Because respondent has not yet appeared in this case, the clerk shall serve by mail a copy of this order upon the respondent and the respondent's attorney, the Attorney General of the State of California.

DATED:     11/5/07

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Rommel Bondoc          sdm819@sbcglobal.net

**Counsel for Respondent:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/6/07                             /s/ MAG
                                          **Chambers of Judge Whyte**