*E-FILED - 1/10/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER PETER KAZAS,<br><br>                 Petitioner,<br><br>  v.<br><br>J.A. WOODFORD, Director, California Department of Corrections,<br><br>                 Respondent. | C 04-04280 RMW<br><br>**ORDER** |

      GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until March 5, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED:    1/10   , 2008.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge