IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION  *E-FILED - 2/26/08*

| | |
|---|---|
| CHRISTOPHER PETER KAZAS,<br><br>        Petitioner,<br><br> v.<br><br>J.A. WOODFORD, Director, California Department of Corrections,<br><br>        Respondent. | C 04-04280 RMW<br><br>**ORDER** |

  GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April 4, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED:  2/26 , 2008.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge