**E-FILED on** 2/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER PETER KAZAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>J.A. WOODFORD,<br>Director, California Department of Corrections<br><br>　　　　Respondent. | No. C-04-04280 RMW<br><br>JUDGMENT |

On February 8, 2010, the court denied petitioner's application for a writ of habeas corpus. Therefore, IT IS HEREBY ORDERED that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED: 2/8/10

　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS — C-04-04280 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Rommel Bondoc         sdm819@sbcglobal.net

**Counsel for Defendants:**

Lisa Helena Ashley Ott     lisa.ott@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/8/10                                       CCL
                                                            **Chambers of Judge Whyte**