**E-FILED on**   4/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER PETER KAZAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J.A. WOODFORD,<br>　Director, California Department of Corrections<br><br>　　　　　Respondent. | No. C-04-04280 RMW<br><br>ORDER GRANTING APPLICATION TO APPEAL IN FORMA PAUPERIS<br><br>**[Re Docket Nos. 31, 35]** |

　　The court grants petitioner's application to appeal in forma pauperis.

DATED:　　4/22/10　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING APPLICATION TO APPEAL IN FORMA PAUPERIS — C-04-04280 RMW
CCL

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff:**

3 | Rommel Bondoc          sdm819@sbcglobal.net

4 | **Counsel for Defendants:**

5 | Lisa Helena Ashley Ott     lisa.ott@doj.ca.gov

6 |

7 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8 |

9 |

10 |

11 | **Dated:**        4/22/10                                    CCL
                                                    **Chambers of Judge Whyte**